UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

SHIRELL ANNE DORTCH,

    Plaintiff,

v.

    Case No. 1:13-cv-0577

PIONEER CREDIT RECOVERY, INC.,
PROGRESSIVE FINANCIAL SERVICES
and COLLECTCORP CORPORATION,

    Defendants.
_____/

### DEFENDANT, COLLECTCORP CORPORATION N/K/A GATESTONE & CO. INTERNATIONAL'S, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, Collectcorp Corporation n/k/a Gatestone & Co. International (Gatestone), through counsel and pursuant to the Federal Rules of Civil Procedure, submits this Answer and Affirmative Defenses to the Complaint filed by plaintiff, Shirell Anne Dortch (plaintiff), and states:

### I. PARTIES

1.    Upon information and belief, Gatestone admits the allegations in ¶ 1.

2.    Gatestone denies the allegations in ¶ 2 for lack of knowledge or information sufficient to form a belief therein.

3.    Gatestone denies the allegations in ¶ 3 for lack of knowledge or information sufficient to form a belief therein.

4. Gatestone admits it is a Delaware Corporation and may be served through its registered agent, CT Corporation System. Gatestone denies the remaining allegations in ¶ 4.

## II. JURISDICTION AND VENUE

5. Gatestone admits plaintiff purports to bring this action for alleged violations of the Telephone Consumer Protection Act (TCPA), 47 USC § 227, *et seq.*, but denies any violations, liability or wrongdoing under the law. Except as specifically admitted, Gatestone denies the allegations in ¶ 5.

6. Gatestone admits this Court has jurisdiction. Except as specifically admitted, Gatestone denies the allegations in ¶ 6.

## III. FACTS

7. Gatestone denies the allegations in ¶ 7.

8. Gatestone denies the allegations in ¶ 8.

## IV. CAUSES OF ACTION

9. Gatestone incorporates the foregoing as if fully stated herein.

10. Gatestone denies the allegations in ¶ 10 as calling for a legal conclusion.

11. Gatestone denies the allegations in ¶ 11.

12. Gatestone denies the allegations in ¶ 12 as calling for a legal conclusion.

13. Gatestone denies the allegations in ¶ 13.

## GATESTONE'S AFFIRMATIVE DEFENSES

1. To the extent that any violations are established, any such violations were not intentional and resulted from bona fide error notwithstanding the maintenance of procedures reasonably adopted and specifically intended to avoid any such error.

2. Gatestone denies any liability; however, regardless of liability, plaintiff has suffered no actual damages as a result of Gatestone's purported violations.

3. One or more claims asserted by plaintiff is barred by the statute of limitations, laches, estoppel, waiver and/or unclean hands.

4. Assuming that plaintiff suffered any damages, she has failed to mitigate her damages or take other reasonable steps to avoid or reduce his damages.

5. Any harm suffered by plaintiff was legally and proximately caused by persons or entities other than Gatestone and were beyond the control or supervision of Gatestone or for whom Gatestone was and is not responsible or liable.

6. Plaintiff has failed to state a claim against Gatestone upon which relief may be granted.

7. One or more of the telephone calls made to plaintiff were not made to a wireless, i.e., cellular, telephone.

8. Plaintiff consented and authorized calls to the phone number in question.

9. The phone calls made to plaintiff are exempt from TCPA liability under 47 U.S.C. § 227(b)(1)(B), 47 U.S.C.§ 227(b)(2)(b) and 47 C.F.R. § 64.1200(a).

10. The equipment used to make the telephone calls at issue is not covered by or subject to the TCPA.

11. To the extent the calls at issue were to plaintiff's cellular telephone, as alleged, plaintiff provided consent to receive those calls.

12. To the extent plaintiff was not the intended recipient of the calls, plaintiff has no standing to assert the claim.

13. Plaintiff acquiesced in and/or consented to the acts and omissions alleged in the Complaint.

WHEREFORE, Defendant, Gatestone & Co. International, requests that the Court dismiss this action with prejudice and grant it any other relief that the Court deems appropriate.

Respectfully submitted,

_____
Carroll H. Sullivan, Esq.
Scott, Sullivan, Streetman & Fox, P.C.
Post Office Box 1034
Mobile, Alabama 36633
Telephone:   (251) 433-1346
Facsimile:   (251) 433-1086
E-Mail: csullivan@scottsullivanlaw.com

Attorneys for Defendant,
Gatestone & Co. International

## CERTIFICATE OF SERVICE

I certify that on this 25th day of November 2013, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Adrian B. Dunning, Esq.
Arguello Hope & Associates, PLLC
1330 21st Way South, Suite G-10
Birmingham, AL 35205

_____
Attorney