# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

SHIRELL ANNE DORTCH,                    )

        Plaintiff,                      )   CIVIL ACTION NO.

v.                                       )    13-00577-CB

PIONEER CREDIT RECOVERY, INC.            )
and COLLECTCORP CORPORATION,

                                   )

        Defendants.                     )

## ORDER

      This matter is before the Court on a *Joint Stipulation of Dismissal* (Doc. 12) filed by both parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, requesting that this action be dismissed.  Accordingly, it is

      **ORDERED, ADJUDGED** and **DECREED** that this action is due to be, and hereby is, **DISMISSED** with prejudice, each party to bear its own costs.

      **DONE** this 26th day of February, 2014.


                        **s/ *Charles R. Butler, Jr.***
                        **Senior United States District Judge**